# UNITED STATES DISTRICT COURT

**EASTERN**     DISTRICT OF     **KENTUCKY**

Central Division (at Covington)

**UNITED STATES OF AMERICA**

**V.**

**TAWSIF MOHAMMED TAJWAR**
**CLAUDIO CABRERA, JR.**
**RUVI BEANEY PACHECO**

**EXHIBIT AND WITNESS LIST**

Case Number: **5:22-CR-092-DCR**

| PRESIDING JUDGE **Chief Judge Danny C. Reeves** | | | PLAINTIFF'S ATTORNEY **Gary T. Bradbury** | | DEFENDANT'S ATTORNEY **Whitney T. Lawson/ Noel E. Caldwell/Robert L. Abell** |
|---|---|---|---|---|---|
| TRIAL DATE (S) **April 10- 13, 2023** | | | COURT REPORTER **Lisa Wiesman** | | COURTROOM DEPUTY **Stacie Gabbard** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **W1** | | **4/10/23** | | | **Witness: Troey Stout, DEA Group Supervisor** |
| 31 | | 4/10/23 | X | X | Trade-based money laundering scheme diagram |
| 16b | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (meet address) |
| 16c | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (in Chrysler van) |
| 16d | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (prepared more files) |
| 16e | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (505#) |
| 16f | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (Cristal and bill code) |
| 16g | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (Pick-up in Charlotte) |
| 16h | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (agree to Charlotte pickup) |
| 16i | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (Chicago or Minneapolis) |
| 16j | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (need cash ASAP) |
| 16k | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (been out of cash for 2 weeks) |
| 16l | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (Lexington pick-up; $150K need a token) |
| 16m | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (bill code) |
| 16n | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (somebody following me; Ford; police) |
| 16o | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (out of money; need to pick-up ASAP) |
| 16p | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (rental car in SC) |
| 16q | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (need cash; not working) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST-CONTINUATION**

CASE NO. 5:22-CR-092-DCR

UNITED STATES OF AMERCIA          vs.        TAWISF MOHAMMED TAJWAR/
CLAUDIO CABRERA, JR. and
RUVI BEANEY PACHECO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 16r | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (bill code) |
| 16s | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (cups [cops] watching cash guy in NY) |
| 16t | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (cops watching) |
| 16u | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (pick-up from Maryland; bill code) |
| 16v | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (take pics if stopped by "people") |
| 16w | | 4/10/23 | X | X | Picture of text messages on Tajwar's cellphone (Cristal's contact info) |
| **W2** | | **4/10/23** | | | **Witness: Robert Hart, DEA Task Force Officer** |
| 1a-1f | | 4/10/23 | X | X | Collective exhibit - Phone Call arranging transaction |
| 2a-2i | | 4/10/23 | X | X | Text message arranging transaction |
| 3a | | 4/10/23 | X | X | Video surveillance of money drop |
| 3b | | 4/10/23 | X | X | Video from UC vehicle during money drop |
| 4a-4b | | 4/10/23 | X | X | Collective exhibit - Picture of seized U.S. currency |
| 5a | | 4/10/23 | X | X | 5/3 Bank undercover account statement |
| 5b | | 4/10/23 | X | X | Breakdown of seized U.S. currency |
| 5c | | 4/10/23 | X | X | 5/3 Bank deposit slip |
| 11a | | 4/10/23 | X | X | Photo of white and grey luggage |
| 11b | | 4/10/23 | X | X | Photo of luggage tag on white & grey luggage |
| 11c | | 4/10/23 | X | X | Photo of black luggage |
| 11d | | 4/10/23 | X | X | Photo of luggage tag on black luggage |
| 11e | | 4/10/23 | X | X | Photo of opened black luggage with white towel on top |
| 11f | | 4/10/23 | X | X | Photo of opened black luggage with jeans |
| 11g | | 4/10/23 | X | X | Photo of opened black luggage with U.S. currency |
| 11h | | 4/10/23 | X | X | Photo of opened white and grey luggage w/black Reef slippers |
| 11i | | 4/10/23 | X | X | Photo of white and grey opened luggage w/U.S. currency in jeans leg |
| 11j | | 4/10/23 | X | X | Photo of U.S. currency in jeans leg |
| 11k | | 4/10/23 | X | X | Photo of U.S. currency from white and grey luggage in evidence bag |
| 11l | | 4/10/23 | X | X | Photo of U.S. currency from white and grey luggage being put into evidence bag |
| 11m-11p | | 4/10/23 | X | X | Collective exhibit - Photo of U.S. currency from jeans leg in white and grey luggage |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87)                    **EXHIBIT AND WITNESS LIST-CONTINUATION**

CASE NO. 5:22-CR-092-DCR

UNITED STATES OF AMERCIA          vs.          TAWISF MOHAMMED TAJWAR/
CLAUDIO CABRERA, JR. and
RUVI BEANEY PACHECO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 11q | | 4/10/23 | X | X | Photo of opened black luggage with U.S. currency |
| 11r | | 4/10/23 | X | X | Photo of rubber banded jeans in opened black luggage, and U.S. currency |
| 11s-11t | | 4/10/23 | X | X | Collective exhibit - Photos of U.S. currency from jeans in black luggage |
| 11u | | 4/10/23 | X | X | Photo of jeans in black luggage |
| 11v | | 4/10/23 | X | X | Photo of U.S. currency from jeans leg in black luggage |
| 11w-11x | | 4/10/23 | X | X | Collective exhibit - Photos of U.S. currency from jeans in black luggage |
| 11y | | 4/10/23 | X | X | Photo of jeans tag showing size 46 X 29 |
| 11z | | 4/10/23 | X | X | Photo of True Religion brand jeans in size 42 |
| 11aa | | 4/10/23 | X | X | Photo of jeans label in size 30 X 30 |
| 11bb | | 4/10/23 | X | X | Photo of jeans label in size 34 X 30 |
| 11cc | | 4/10/23 | X | X | Photo of U.S. currency in evidence bag |
| 11dd | | 4/10/23 | X | X | Photo of V30 money counter |
| 11ee | | 4/10/23 | X | X | Photo of stacked U.S. currency |
| 11ff | | 4/10/23 | X | X | Photo of Cabrera's California Driver's License |
| 11gg | | 4/10/23 | X | X | Photo of Pacheco's California Driver's License |
| 12a | | 4/10/23 | X | X | Breakdown of seized U.S. currency |
| 12b | | 4/10/23 | X | X | Central Bank Cashier's Check for $196,870.00 |
| **W2** | | 4/11/23 | | | **Witness: Continued testimony of Robert Hart, DEA Task Force Officer** |
| 11hh-11ii | | 4/11/23 | X | X | Collective exhibit - Photos of $1 bill from Cabrera's cellphone |
| 33 | | 4/11/23 | X | X | Video of deployment of money counter |
| | 1 | 4/11/23 | X | X | Device Messages |
| | 1a | 4/11/23 | X | X | Batch Report Audit 00918-0949-000 |
| | 1a | 4/11/23 | X | X | Serial # of dollar bill |
| | 1b | 4/11/23 | X | X | Bill codes |
| **W3** | | 4/11/23 | X | X | **Witness: Matthew Dawkins, DEA TFO** |
| 8a | | 4/11/23 | X | X | Video: Nemetz arriving at Towne Place Suites, carrying red Nike shoebox |
| 8b | | 4/11/23 | X | X | Video: Nemetz walking down hotel hallway |
| 8c | | 4/11/23 | X | X | Video: Nemetz leaving after dropping shoebox |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87)                **EXHIBIT AND WITNESS LIST-CONTINUATION**

CASE NO. 5:22-CR-092-DCR

UNITED STATES OF AMERCIA        vs.        TAWISF MOHAMMED TAJWAR/
                                           CLAUDIO CABRERA, JR. and
                                           RUVI BEANEY PACHECO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8d | | 4/11/23 | X | X | Screen display guest information |
| 9a-9b | | 4/11/23 | X | X | Collective exhibit - Video: Cabrera checking in (view from behind front desk) |
| 9c | | 4/11/23 | X | X | Video: Nemetz dropping off gift bag (hallway view) |
| 9d | | 4/11/23 | X | X | Video: Nemetz leaving after dropping off gift bag (hallway view) |
| 10a-10k | | 4/11/23 | X | X | Collective exhibit - Videos: Hotel Security Footage from 2/1/2021 |
| 10l | | 4/11/23 | X | X | Towneplace Suites invoice for Ruvi Pacheco |
| 10m-10n | | 4/11/23 | X | X | Collective exhibit - Pictures of DEA exhibit no. N-409 luggage tags |
| 10o-10p | | 4/11/23 | X | X | Collective exhibit - Pictures of DEA exhibit no. N-410 orange Nike bag |
| 10q | | 4/11/23 | X | X | Picture of Kroger plastic bag and black "Thank You" bag |
| **W4** | | **4/11/23** | | | **Witness: Andrea Vogt-Lytal, DEA Intelligence Analyst** |
| 9e | | 4/11/23 | X | X | Spreadsheet of Marriott guest records for Pacheco and Cabrera |
| 32a | | 4/11/23 | X | X | Spreadsheet of flights taken by Cabrera and Pacheco |
| 32b | | 4/11/23 | X | X | Spreadsheet of flights taken by Cabrera |
| 32c | | 4/11/23 | X | X | Spreadsheet of flights taken by Pacheco |
| 32d | | 4/11/23 | X | X | Certification of Cabrera's travel records |
| 32e | | 4/11/23 | X | X | Cabrera's travel records |
| 32f | | 4/11/23 | X | X | Certification of Pacheco's travel records |
| 32g | | 4/11/23 | X | X | Pacheco's travel records |
| **W5** | | 4/11/23 | | | **Witness: Jack Gabriel, Kentucky State Police Officer** |
| 13 | | 4/11/23 | X | X | Video: KSP BWC footage |
| **W6** | | 4/11/23 | | | **Witness: Jason Moore, DEA Agent** |
| 24a-24x | | 4/11/23 | X | X | Collective exhibit – photos of items found inside of Lakeshore Drive Residence |
| 26-30 | | 4/11/23 | X | X | Collective exhibit – DEA laboratory reports |
| **W7** | | 4/11/23 | | | **Witness: Justin Jett, DEA Task Force Officer** |
| 18a | | 4/11/23 | X | X | 3/16/22 Security system video from channel 1 |
| 19b-19d | | 4/11/23 | X | X | Collective exhibit – 3/22/22 Security system video from channels 1 and 3 |
| 20a | | 4/11/23 | X | X | 3/24/22 Security system video from channel 3 |
| 20b-20f | | 4/11/23 | X | X | Collective exhibit – 3/24/22 Screenshots from video clips |
| 21a-21f | | 4/11/23 | X | X | Collective exhibit - 3/25/22 Video clips from channels 1 and 3 |
| 25a-25l | | 4/11/23 | X | X | Collective exhibit – photos of items found inside Barbershop on Southland Drive |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎ AO 187 (Rev. 7/87)          **EXHIBIT AND WITNESS LIST-CONTINUATION**

CASE NO. 5:22-CR-092-DCR

UNITED STATES OF AMERCIA          vs.          TAWISF MOHAMMED TAJWAR/
CLAUDIO CABRERA, JR. and
RUVI BEANEY PACHECO

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1b | 4/11/23 | X | X | Batch report audit 00999-1030-000 |
| | 2 | 4/11/23 | X | X | Device messages |
| | 2a | 4/11/23 | X | X | Batch report audit 01000-1031-000 |
| | 2b | 4/11/23 | X | X | Batch report audit 01014-1045-000 |
| | 3 | 4/11/23 | X | X | Device messages |
| | 3a | 4/11/23 | X | X | Batch report audit 01020-1051-000 |
| | 3b | 4/11/23 | X | X | Spreadsheet of batch reports |
| | 4 | 4/11/23 | X | X | Device messages |
| | 4a | 4/11/23 | X | X | Batch report audit 01029-1060-000 |
| | 4b | 4/11/23 | X | X | Spreadsheet of batch reports |
| | 5 | 4/11/23 | X | X | Device messages |
| | 5a | 4/11/23 | X | X | Batch report audit 01036-1067-000 |
| | 5b | 4/11/23 | X | X | Spreadsheet of batch reports |
| | 6 | 4/11/23 | X | X | Batch report audit 00916-0947-000 |
| **W8** | | **4/11/23** | | | **Witness: Eli Morris, DEA Task Force Officer** |
| 14k | | 4/11/23 | X | X | Photo of seized firearm |
| 16 | | 4/11/23 | X | X | Video recording of Tajwar's cellphone screen displaying text messages |
| 14a | | 4/11/23 | X | X | Photo of minivan during traffic stop (front driver's side) |
| 14f-14h | | 4/11/23 | X | X | Collective exhibit – Photos of minivan interior |
| 14i-14j | | 4/11/23 | X | X | Collective exhibit – Photos of bag containing U.S. currency inside minivan |
| 15 | | 4/11/23 | X | X | Driver's license of Tawsif Tajwar |
| 17a | | 4/11/23 | X | X | Breakdown of seized U.S. currency |
| 17b | | 4/11/23 | X | X | 5/3 Bank Cashier's Check for $190,920.00 |
| | 11d | 4/11/23 | X | X | Text messages between Tawsif Tajwar and Cristal |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of _____5_____ Pages